**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

| | | |
|---|---|---|
| **JAVIER HERNANDEZ AND** | § | |
| **ARACELI HERNANDEZ,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **Civil Action No.**  2:16-cv-107 |
| | § | |
| **STATE FARM LLOYDS AND** | § | |
| **RENE RODRIGUEZ,** | § | |
| **Defendants.** | § | **JURY REQUESTED** |

**INDEX OF STATE COURT PAPERS
IN CAUSE NO. 16-03-32879-MCVAJA**

1. Civil Case Docket Sheet for the District Court, 365th Judicial District, Maverick County, Texas

2. Plaintiffs' Original Petition

3. Correspondence from Plaintiffs' counsel's office dated March 30, 2016 requesting two citations.

4. Citation for State Farm Lloyds

5. Citation for Rene Rodriguez

6. Return and Affidavit of Service - State Farm Lloyds

7. Correspondence from Defendants' counsel's office to Maverick County District Clerk's office dated June 23, 2016 regarding state court file.

8. Correspondence from Defendants' counsel's office to Maverick County District Clerk's office dated June 28, 2016 regarding state court file.

9. Facsimile correspondence from Maverick County District Clerk's office to Defendants' counsel's office dated July 1, 2016 regarding state court file.

10. Original Answer and Request for Jury Trial by Defendants State Farm Lloyds and Rene Rodriguez

**EXHIBIT
A**

Civil Docket
365th Judicial District Court
Maverick County

CASE NUMBER: 16-03-32879-mcvaja                              06/29/2016 04:00PM

| JAVIER HERNANDEZ ETAL VS STATE FARM LLOYDS AND RENE RODRIGUEZ | Filed: 03/29/2016 Status: Type: Other Civil Cases Judge: Amado Abascal, III |
|---|---|

| Date | Event / Filing | Comments | Volume | Page |
|---|---|---|---|---|
| 03/29/2016 10:32:00 AM | PLIFFS ORIG PETITION 16-03-32879-MCVAJA | | | |
| 04/01/2016 12:00:00 AM | LETTER 16-03-32879-MCVAJA   FROM JENNIFER ADAIR | | | |
| 05/25/2016 02:42:24 PM | CITATION 16-03-32879-MCVAJA   ISS TO STATE FARM LLOYDS—SENT TO ATTY OFFICE | | | |
| 05/25/2016 02:47:38 PM | CITATION 16-03-32879-MCVAJA   ISS TO RENE RODRIGUEZ—SENT TO ATTY OFFICE | | | |
| 06/14/2016 01:44:00 PM | RETURN 16-03-32879-MCVAJA   RTN. SVC ON STATE FARM SVD ON 6/10/2016 | | | |
| 06/23/2016 04:47:00 PM | REQUEST 16-03-32879-MCVAJA   FROM ROBIN MCGREW | | | |
| 06/28/2016 10:45:00 AM | REQUEST 16-03-32879-MCVAJA   FROM ROBIN MCGREW | | | |
| 06/29/2016 12:00:00 AM | LETTER 16-03-32879-MCVAJA   FROM ROBIN MCGREW ENCLOSING CHECK AND SELF ADDRESSED AND STAMPED OVER-NIGHT ENVELOPE | | | |



3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

CAUSE NO. 16-.03-32879-MCVAJA

| | | |
|---|---|---|
| JAVIER HERNANDEZ AND ARACELI HERNANDEZ, | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| v. | § § | 365TH JUDICIAL DISTRICT |
| STATE FARM LLOYDS AND RENE RODRIGUEZ | § § § | |
| Defendants. | § § | MAVERICK COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Javier Hernandez and Araceli Hernandez ("Plaintiffs"), and file this *Plaintiffs' Original Petition and Request for Disclosure*, complaining of State Farm Lloyds ("State Farm") and Rene Rodriguez ("Rodriguez"), or collectively, "Defendants", and for causes of action, Plaintiffs would respectfully show this Honorable Court the following:

### DISCOVERY CONTROL PLAN

1.    Plaintiffs intend for discovery to be conducted under Level 2 of Rule 190 of the Texas Rules of Civil Procedure and request the Court enter a Level 2 Discovery Plan.

### PARTIES

2.    Plaintiffs Javier Hernandez and Araceli Hernandez are individuals residing in Maverick County, Texas.

3.    Defendant State Farm is a domestic insurance company engaged in the business of insurance in Texas.  The causes of action asserted arose from or are connected with purposeful acts committed by Defendant. State Farm may be served via its registered agent for service Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78710-3218.

3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

4. Defendant Rodriguez is an individual residing in and domiciled in the State of Texas. This defendant is engaged in the business of adjusting insurance claims in the State of Texas. Upon information and belief, Mr. Rodriguez may be served at 1140 Lion Way, San Antonio, Texas 78251, or wherever he may be found.

## JURISDICTION

5. The Court has jurisdiction over this cause of action because the amount in controversy is within the jurisdictional limits of the Court. Plaintiffs are seeking monetary relief over $200,000 but not more than $1,000,000. Plaintiffs reserve the right to amend their petition during and/or after the discovery process.

6. The Court has jurisdiction over Defendant State Farm because this defendant engages in the business of insurance in the State of Texas, and Plaintiffs' causes of action arise out of this Defendant's business activities in the State of Texas.

7. The Court has jurisdiction over Defendant Rodriguez is domiciled in the State of Texas and because this defendant is an individual engaged in the business of insurance in the State of Texas, and Plaintiffs' causes of action arise out of this Defendant's business activities in the State of Texas.

## VENUE

8. Venue is proper in Maverick County, Texas, because the insured property is situated in Maverick County, Texas. TEX. CIV. PRAC. & REM. CODE §15.032.

## FACTS

9. Plaintiffs are the owners of a Texas Homeowners' Insurance Policy (hereinafter referred to as "the Policy"), which was issued by State Farm under Policy Number 83-LD-1060-8.

10. Plaintiffs own the insured property, which is specifically located at 164 Heritage Farms Drive, Eagle Pass, Texas 78852, in Maverick County (hereinafter referred to as "the Property").

Plaintiffs' Original Petition and Requests for Disclosure                    Page 2

Electronically Filed at
3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

11.    Defendant State Farm sold the Policy insuring the Property to Plaintiffs.

12.    On or about April 23, 2014, a hail storm and/or windstorm struck Maverick County, Texas, causing severe damage to homes and businesses throughout the area, including Plaintiffs' residence ("the Storm"). Specifically, Plaintiffs' main dwelling composition clay tile roofing and accompanying roof components, such as the roofing felt, furring strip, valley metal, two (2) turtle-type roof vents, pipe jack flashing, drip edge, clay bird stop (eave closure strip), nailer board, and the clay ridge/hip/rake cap sustained extensive damage during the storm. Moreover, the exterior of Plaintiffs' home also sustained hail damage during the storm, including but not limited to damage to the structure address numbers and letters, trim board, fascia, soffit, soffit vents, stucco siding, door, porch, porch ceiling, door trim board, aluminum sliding patio door, rail, aluminum thermal window and two (2) exterior air conditioning units. In addition, the storm damaged the Plaintiffs' roof allowing wind driven rain to damage the interior of Plaintiffs' home, including the living room, dining room, theater room, and bathroom. Furthermore, the storm caused damage to Plaintiffs' pool area, shed, family lounge and fence. Plaintiffs filed a claim, in accordance with the terms of the Policy, with their insurance company, State Farm, for the damages to their home caused by the Storm.

13.    Plaintiffs submitted a claim to State Farm against the Policy as referenced in paragraph 9 above, for Roof Damage, Interior, Exterior and Other Damage sustained as a result of the hail storm and/or windstorm.

14.    Plaintiffs asked that State Farm cover the cost of repairs to the Property, including but not limited to, repair and/or replacement of the roof and repair of exterior damage to the Property, repair of the interior water damage and repair and/or replacement of the pool area, shed, family lounge and fence pursuant to the Policy.

15.    Defendant State Farm assigned Defendant Rodriguez to adjust the claim. Defendant

Electronically Filed at
3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

Rodriguez was improperly trained and/or supervised and failed to perform a thorough investigation of Plaintiffs' claim. Specifically, Mr. Rodriguez conducted a substandard inspection of Plaintiffs' property. The inadequacy of Mr. Rodriguez's inspection is evidenced by the report, which failed to include the majority of Plaintiffs' damages. For example, though Mr. Rodriguez acknowledged that there was interior water damage to the Property, he did not report any of the damage to the main dwelling roof and all of the accompanying roof components. Furthermore, he failed to report other damage to the exterior of the house and other structures, such as the pool area, family lounge, shed and fence. Additionally, Mr. Rodriguez under-scoped or undervalued the damage to the interior of Plaintiffs' house.

16.   Ultimately, Defendant Rodriguez's estimate did not allow adequate funds to cover the cost of repairs for any of the damages sustained. Mr. Rodriguez's inadequate investigation was relied upon by State Farm in this action and resulted in Plaintiffs' claim being improperly denied.

17.   Defendant State Farm failed to adequately train and supervise Defendant Rodriguez resulting in the unreasonable investigation and improper handling of Plaintiffs' claim. Moreover, State Farm failed to thoroughly review and properly oversee the work of the adjuster, ultimately approving an improper adjustment of and an inadequate, unfair settlement of Plaintiffs' claim. As a result of Defendants' wrongful acts and omissions set forth above and further described herein, Plaintiffs' claims were improperly denied causing them to suffer damages.

18.   Together, Defendants State Farm and Rodriguez set about to deny and/or underpay on properly covered damages. State Farm and Mr. Rodriguez misrepresented to Plaintiffs that Defendant Rodriguez's estimate included all of Plaintiffs' properly covered hail storm and/or windstorm damages and made sufficient allowances to cover the cost of repairs to

Electronically Filed at
3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

Plaintiffs' Property pursuant to the Policy when, in fact, the estimate failed to include many of Plaintiffs' properly covered storm damages and failed to allow for adequate amounts to cover the cost of repairs to Plaintiffs' Property. Defendants State Farm and Rodriguez failed to provide any coverage for the damages sustained by Plaintiffs and under-scoped and undervalued Plaintiffs' damages, thereby denying payment on Plaintiffs' claim. As a result of the Defendants' unreasonable investigation, Plaintiffs' claim was improperly adjusted and Plaintiffs have been severely underpaid and suffered damages. The mishandling of Plaintiffs' claim has also caused a delay in Plaintiffs' ability to fully repair their Property, which has resulted in additional damages. To this date, Plaintiffs have yet to receive the sufficient payment that they are entitled to under the Policy.

19.     As detailed in the paragraphs below, State Farm wrongfully denied Plaintiffs' claim for repairs of the Property, even though the Policy provided coverage for losses such as those suffered by Plaintiffs. Furthermore, State Farm undervalued some of Plaintiffs' claims by not providing full coverage for the damages sustained by Plaintiffs, as well as under-scoping the damages during its investigation.

20.     To date, State Farm continues to delay in the payment for the damages to the property. As such, Plaintiffs have not been paid in full for the damages to their home.

21.     Defendant State Farm failed to perform its contractual duty to adequately compensate Plaintiffs under the terms of the Policy. Specifically, it refused to pay any proceeds of the Policy, although due demand was made for proceeds to be paid in an amount sufficient to cover the damaged property. State Farm's conduct constitutes a breach of the insurance contract between State Farm and Plaintiffs.

22.     Defendants State Farm and Rodriguez misrepresented to Plaintiffs that the damage to the Property was not covered under the Policy, even though the damage was caused by a covered occurrence. Defendants conduct constitutes violations of the Texas Insurance

Electronically Filed at
3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(1).

23.    Defendants State Farm and Rodriguez failed to make an attempt to settle Plaintiffs' claim
       in a fair manner, although they were aware of their liability to Plaintiffs under the Policy.
       State Farm's conduct constitutes a violation of the Texas Insurance Code, Unfair
       Settlement Practices. TEX. INS. CODE §541.060(a)(2)(A).

24.    Defendants State Farm and Rodriguez failed to explain to Plaintiffs the reasons for their
       denial of Plaintiffs' claim. Specifically, State Farm and Mr. Rodriguez failed to offer
       Plaintiffs adequate compensation, without any explanation why full payment was not being
       made. Furthermore, State Farm and Mr. Rodriguez did not communicate that any future
       settlements or payments would be forthcoming to pay for the losses covered under the
       Policy, nor did it provide any explanation for the failure to adequately settle Plaintiffs'
       claim. The conduct of State Farm and Rodriguez is a violation of the Texas Insurance Code,
       Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(3).

25.    Defendants State Farm and Rodriguez failed to affirm or deny coverage of Plaintiffs' claim
       within a reasonable time. Specifically, Plaintiffs did not receive timely indication of
       acceptance or rejection, regarding the full and entire claim, in writing from State Farm or
       Mr. Rodriguez. The conduct of State Farm constitutes a violation of the Texas Insurance
       Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(4).

26.    Defendants State Farm and Rodriguez refused to fully compensate Plaintiffs, under the
       terms of the Policy, even though State Farm and Mr. Rodriguez failed to conduct a
       reasonable investigation. Specifically, State Farm and Mr. Rodriguez performed an
       outcome-oriented investigation of Plaintiffs' claim, which resulted in a biased, unfair, and
       inequitable evaluation of Plaintiffs' losses on the Property. The conduct of State Farm and
       Rodriguez constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices.
       TEX. INS. CODE §541.060(a)(7).

Electronically Filed at
3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

27.    Defendant State Farm failed to meet its obligations under the Texas Insurance Code
regarding timely acknowledging Plaintiffs' claim, beginning an investigation of Plaintiffs'
claim, and requesting all information reasonably necessary to investigate Plaintiffs' claim,
within the statutorily mandated time of receiving notice of Plaintiffs' claim. State Farm's
conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims.
TEX. INS. CODE §542.055.

28.    Defendant State Farm failed to accept or deny Plaintiffs' full and entire claim within the
statutorily mandated time of receiving all necessary information. State Farm's conduct
constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. TEX. INS.
CODE §542.056.

29.    Defendant State Farm failed to meet its obligations under the Texas Insurance Code
regarding payment of claim without delay. Specifically, it has delayed full payment of
Plaintiffs' claim longer than allowed and, to date, Plaintiffs have not received full payment
for their claim. State Farm's conduct constitutes a violation of the Texas Insurance Code,
Prompt Payment of Claims. TEX. INS. CODE §542.058.

30.    From and after the time Plaintiffs' claim was presented to Defendant State Farm, the
liability of State Farm to pay the full claim in accordance with the terms of the Policy was
reasonably clear. However, State Farm has refused to pay Plaintiffs in full, despite there
being no basis whatsoever on which a reasonable insurance company would have relied to
deny the full payment. State Farm's conduct constitutes a breach of the common law duty
of good faith and fair dealing.

31.    Defendants State Farm and Rodriguez knowingly or recklessly made false representations,
as described above, as to material facts and/or knowingly concealed all or part of material
information from Plaintiffs.

32.    As a result of Defendants State Farm's and Rodriguez's wrongful acts and omissions,

Electronically Filed at
3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

Plaintiffs were forced to retain the professional services of the attorney and law firm who are representing them with respect to these causes of action.

## CAUSES OF ACTION:

### CAUSES OF ACTION AGAINST DEFENDANT RODRIGUEZ

#### COUNT ONE: NONCOMPLIANCE WITH TEXAS INSURANCE CODE: UNFAIR SETTLEMENT PRACTICES

33.  During his investigation, Mr. Rodriguez failed to properly assess Plaintiffs' hail storm and/or windstorm damages. Specifically, during his inspection, Mr. Rodriguez spent an inadequate time scoping for damages. This is most acutely seen in Mr. Rodriguez's omission of many covered damages from his report, such as the main dwelling roof, exterior damage of the dwelling, including the fascia, soffit, soffit vents, stucco siding, door, porch, patio door, and rail and accompanying structures on the property, including the pool area, family lounge, shed, and fence.

34.  In addition, the damages that Mr. Rodriguez did include in his estimate were both underestimated and undervalued Specifically Defendant Rodriguez failed to allow sufficient funds to cover the replacement/repair of the living room, dining room, theater room, and bathroom, underpriced the cost of materials required for necessary repairs, incorrectly applied material sales tax, failed to include adequate overhead and profit, and improperly calculated the actual cash value of Plaintiffs' loss under the Policy.

35.  Defendant State Farm knew or should have known that Defendant Rodriguez lacked the knowledge and experience to adequately investigate claims of this nature.

36.  Defendant Rodriguez's conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a). All violations under this article are made actionable by TEX. INS. CODE §541.151.

Electronically Filed at
3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

37.     Defendant Rodriguez is individually liable for his unfair and deceptive acts, irrespective of the fact he was acting on behalf of State Farm, because Defendant Rodriguez is a "person" as defined by TEX. INS. CODE §541.002(2). The term "person" is defined as "any individual, corporation, association, partnership, reciprocal or interinsurance exchange, Lloyds plan, fraternal benefit society, or other legal entity engaged in the business of insurance, including an agent, broker, *adjuster* or life and health insurance counselor." TEX. INS. CODE §541.002(2) (emphasis added). (See also *Liberty Mutual Insurance Co. v. Garrison Contractors, Inc.*, 966 S.W.2d 482, 484 (Tex. 1998) (holding an insurance company employee to be a "person" for the purpose of bringing a cause of action against him or her under the Texas Insurance Code and subjecting him or her to individual liability)).

38.     Falsehoods and misrepresentations may be communicated by actions as well as by the spoken word; therefore, deceptive conduct is equivalent to a verbal representation. Defendants' misrepresentations by means of deceptive conduct include, but are not limited to: (1) failing to conduct a reasonable inspection and investigation of Plaintiffs' damages; (2) stating that Plaintiffs' damages were less severe than they in fact were; (3) using their own statements about the non-severity of the damage as a basis for denying properly covered damages and/or underpaying damages; and (4) failing to provide an adequate explanation for the inadequate compensation Plaintiffs received. Defendant Rodriguez's unfair settlement practices, as described above and the example given herein, of misrepresenting to Plaintiffs material facts relating to the coverage at issue, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(1).

39.     Defendant Rodriguez's unfair settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though

Electronically Filed at
3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

liability under the Policy is reasonably clear, constitutes an unfair method of competition

and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE

§541.060(a)(2)(A).

40.    Defendant Rodriguez failed to explain to Plaintiffs the reasons for his offer of an

inadequate settlement. Specifically, Defendant Rodriguez failed to offer Plaintiffs adequate

compensation without proper explanation as to why full payment was not being made.

Furthermore, Defendant Rodriguez did not communicate that any future settlements or

payments would be forthcoming to pay for the entire losses covered under the Policy, nor

did he provide any explanation for the failure to adequately settle Plaintiffs' claim. The

unfair settlement practice of Defendant Rodriguez as described above, of failing to

promptly provide Plaintiffs with a reasonable explanation of the basis in the Policy, in

relation to the facts or applicable law, for the offer of a compromise settlement of Plaintiffs'

claim, constitutes an unfair method of competition and an unfair and deceptive act or

practice in the business of insurance. TEX. INS. CODE §541.060(a)(3).

41.    Defendant Rodriguez did not adequately explain which damages were not being covered

under the estimate. Defendant Rodriguez's unfair settlement practice, as described above,

of failing within a reasonable time to affirm or deny coverage of the claim to Plaintiffs, or

to submit a reservation of rights to Plaintiffs, constitutes an unfair method of competition

and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE

§541.060(a)(4).

42.    Defendant Rodriguez did not properly inspect the Property and failed to account for and/or

undervalued many of Plaintiffs' exterior and interior damages, although reported by

Plaintiffs to State Farm. Defendant Rodriguez, apart from his undervalued allotment for

the roof damages, omitted many of the covered damages—including, but not limited to,

damage to the clay tile roofing, furring strip, valley melt, flashing, roof vent, drip edge, and

Electronically Filed at
3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

ridge, hip and rake cap. Furthermore, Defendant Rodriguez fail to note the damages to the pool area, shed, family lounge, and fence. Defendant Rodriguez's unfair settlement practice, as described above, of refusing to pay Plaintiffs' claim without conducting a reasonable investigation, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(7).

## CAUSES OF ACTION AGAINST STATE FARM

43. Defendant State Farm is liable to Plaintiffs for intentional breach of contract, as well as intentional violations of the Texas Insurance Code, and intentional breach of the common law duty of good faith and fair dealing.

## COUNT ONE: BREACH OF CONTRACT

44. Defendant State Farm's conduct constitutes a breach of the insurance contract made between State Farm and Plaintiffs.

45. Defendant State Farm's failure and/or refusal, as described above, to pay the adequate compensation as it is obligated to do under the terms of the Policy in question, and under the laws of the State of Texas, constitutes a breach of State Farm's insurance contract with Plaintiffs.

## COUNT TWO: NONCOMPLIANCE WITH TEXAS INSURANCE CODE: UNFAIR SETTLEMENT PRACTICES

46. Defendant State Farm's conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a). All violations under this article are made actionable by TEX. INS. CODE §541.151.

47. Defendant State Farm's unfair settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though State Farm's liability under the Policy was reasonably clear, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance.

Electronically Filed at
3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

TEX. INS. CODE §541.060(a)(2)(A).

48.    Defendant State Farm's unfair settlement practice, as described above, of failing to promptly provide Plaintiffs with a reasonable explanation of the basis in the Policy, in relation to the facts or applicable law, for its offer of a compromise settlement of the claim, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance, TEX. INS. CODE §541.060(a)(3).

49.    Defendant State Farm's unfair settlement practice, as described above, of failing within a reasonable time to affirm or deny coverage of the claim to Plaintiffs, or to submit a reservation of rights to Plaintiffs, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(4).

50.    Defendant State Farm's unfair settlement practice, as described above, of refusing to pay Plaintiffs' claim without conducting a reasonable investigation, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance, TEX. INS. CODE §541.060(a)(7).

## COUNT THREE: NONCOMPLIANCE WITH TEXAS INSURANCE CODE: THE PROMPT PAYMENT OF CLAIMS

51.    Defendant State Farm's conduct constitutes multiple violations of the Texas Insurance Code, Prompt Payment of Claims. All violations made under this article are made actionable by TEX. INS. CODE §542.060.

52.    Defendant State Farm's failure to acknowledge receipt of Plaintiffs' claim, commence investigation of the claim, and request from Plaintiffs all items, statements, and forms that it reasonably believed would be required within the applicable time constraints, as described above, constitutes a non-prompt payment of claims and a violation of TEX. INS. CODE §542.055.

53.    Defendant State Farm's failure to notify Plaintiffs in writing of its acceptance or rejection

3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

of the claim within the applicable time constraints, constitutes a non-prompt payment of the claim. TEX. INS. CODE §542.056.

54.     Defendant State Farm's delay of the payment of Plaintiffs' claim following its receipt of all items, statements, and forms reasonably requested and required, longer than the amount of time provided for, as described above, constitutes a non-prompt payment of the claim. TEX. INS. CODE §542.058.

## COUNT FOUR: ACTS CONSTITUTING ACTING AS AGENT

55.     As referenced and described above, and further conduct throughout this litigation and lawsuit, Defendant Rodriguez is an agent of State Farm based on his acts during the handling of this claim, including inspections, adjustments, and aiding in adjusting a loss for or on behalf of the insurer. TEX. INS. CODE §4001.051.

56.     Separately, and/or in the alternative, as referenced and described above, State Farm ratified the actions and conduct of Defendant Rodriguez including the completion of his duties under the common law and statutory law.

## COUNT FIVE: BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

57.     Defendant State Farm's conduct constitutes a breach of the common law duty of good faith and fair dealing owed to the insured in insurance contracts.

58.     "Good faith and fair dealing" is defined as the degree and diligence which a man of ordinary care and prudence would exercise in the management of one's own business. *Arnold v. Nat'l Mut. Fir Ins. Co.*, 725 S.W.2d 165, 167 (Tex. 1987). This tort arises from Texas law, which recognizes that a special relationship exists as a result of Plaintiffs' (the policyholders) and State Farm's (the insurer) unequal bargaining power. Part of this unequal bargaining power results from the fact that State Farm, like other insurers, controls entirely the evaluation, processing and denial of claims.

59.     At the time of Defendant Rodriguez's inspection and/or investigation, upon which State

(FAX)8307734439                    P.016/032
3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

Farm relied entirely for its investigation, evaluation, and settling of Plaintiffs' claim, Defendant Rodriguez tried to wrongfully deny Plaintiffs' losses. By not accounting for the covered damages Defendants State Farm and Mr. Rodriguez did not inspect and evaluate Plaintiffs' home as if it were their own home. Defendant State Farm's investigation and evaluation was not reasonable, thus, State Farm lacked a reasonable basis for denying or only partially including payment for Plaintiffs' covered damages. State Farm's overall conduct in handling Plaintiffs' claim was not reasonable.

60. Defendant State Farm's failure, as described above, to adequately and reasonably investigate and evaluate Plaintiffs' claim, although, at that time, Defendant State Farm knew or should have known by the exercise of reasonable diligence that its liability was reasonably clear, constitutes a breach of the duty of good faith and fair dealing.

### KNOWLEDGE

61. Each of the acts described above, together and singularly, was done "knowingly," as that term is used in the Texas Insurance Code, and was a producing cause of Plaintiffs' damages described herein.

### DAMAGES

62. Plaintiffs would show that all of the aforementioned acts, taken together or singularly, constitute the producing causes of the damages sustained by Plaintiffs.

63. As previously mentioned, the damages caused by the April 23, 2014, hail storm and/or windstorm have not been properly addressed or repaired in the months since the storm, causing further damages to the Property, and causing undue hardship and burden to Plaintiffs. These damages are a direct result of Defendant State Farm's mishandling of Plaintiffs' claim in violation of the laws set forth above.

64. For breach of contract, Plaintiffs are entitled to regain the benefit of their bargain, which is the amount of their claim, together with attorney's fees.

3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

65.     For noncompliance with the Texas Insurance Code, Unfair Settlement Practices, Plaintiffs are entitled to actual damages, which include the loss of the benefits that should have been paid pursuant to the policy, mental anguish, court costs, and attorney's fees.  For knowing conduct of the acts described above, Plaintiffs ask for three times their actual damages. TEX. INS. CODE §541.152.

66.     For noncompliance with Texas Insurance Code, Prompt Payment of Claims, Plaintiffs are entitled to the amount of their claim, as well as eighteen (18) percent interest per annum on the amount of such claim as damages, together with attorney's fees. TEX. INS. CODE §542.060.

67.     For breach of the common law duty of good faith and fair dealing, Plaintiffs are entitled to compensatory damages, including all forms of loss resulting from the insurer's breach of duty, such as additional costs, economic hardship, losses due to nonpayment of the amount the insurer owed, exemplary damages, and damages for emotional distress.

68.     For the prosecution and collection of this claim, Plaintiffs have been compelled to engage the services of the attorney whose name is subscribed to this pleading. Therefore, Plaintiffs are entitled to recover a sum for the reasonable and necessary services of Plaintiffs' attorney in the preparation and trial of this action, including any appeals to the Court of Appeals and/or the Supreme Court of Texas.

## REQUEST FOR DISCLOSURE

69.     Under Texas Rules of Civil Procedure 194, Plaintiffs hereby requests Defendants State Farm and Mr. Rodriguez, each disclose, within fifty (50) days of service of this request, the information or material described in Texas Rule of Civil Procedure 194.2 (a) through (l).

3/29/2016 10:32:33 AM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Veronica Jimenez, Deputy

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that upon trial hereof, said Plaintiffs have and recover such sums as would reasonably and justly compensate them in accordance with the rules of law and procedure, as to actual damages, treble damages under the Texas Insurance Code, and all punitive and exemplary damages as may be found. In addition, Plaintiffs request the award of attorney's fees for the trial and any appeal of this case, for all costs of Court on their behalf expended, for prejudgment and post-judgment interest as allowed by law, and for any other and further relief, either at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

ARGUELLO, HOPE & ASSOCIATES, P.L.L.C.

By:    */s/ Philip K. Broderick*
Philip K. Broderick
State Bar of Texas Number: 24094561
1110 NASA Parkway, Suite 620
Houston, Texas 77058
Telephone: (281) 532-5529
Facsimile: (281) 402-3534
Philip@simplyjustice.com
*ATTORNEY FOR PLAINTIFFS*
*JAVIER HERNANDEZ AND*
*ARACELI HERNANDEZ*

CERTIFIES TO BE A TRUE
AND CORRECT COPY OF THE
ORIGINAL ON THIS DAY

JUN 2 9 2016

LEOPOLDO VIELMA
District Clerk Maverick County, Texas
By
(Deputy)



Martin A. Arguello [T]
Andrew L. Hope [T,V]
R. James Amaro [T,W]
Nishi Kothari [T]
Niti Shah [T,I]

# Arguello Hope

## & ASSOCIATES, PLLC

Andres Arguello [r]
Philip Broderick [T]
Samantha Fenwick [T]
Rania Mohsen [T]
David Miller [W]

March 30, 2016

*__Via Regular Mail__*
Maverick County District Clerk
500 Quarry Street, Suite 5
Eagle Pass, Texas 78852

RE:   *Cause No. 16-03-32879-MCVAJA; Javier Hernandez and Araceli Hernandez v. State Farm Lloyds
and Rene Rodriguez; In the 365th Judicial District, Maverick County, Texas*

Dear Clerk:

Regarding the above-referenced cause of action, please find two copies of Plaintiffs' Original Petition. Please
prepare two citations for the following:

**State Farm Lloyds**
**Registered Agent: Corporation Service Company**
**211 East 7th Street, Suite 620**
**Austin, Texas 78710**

**Rene Rodriguez**
**1140 Lion Way**
**San Antonio, Texas 78251**

CERTIFIES TO BE A TRUE
AND CORRECT COPY OF THE
ORIGINAL ON THIS DAY

**JUN 2 9 2016**

LEOPOLDO VIELMA,
District Clerk Maverick County, Texas
By_____ Deputy

For your convenience, a self-addressed envelope has also been provided. Should you have any
questions, please do not hesitate to contact our office.

Best regards,

Jennifer Adair
Paralegal to Philip Broderick

/ja
Enclosures

Filed at 04/01/2016 12:00 00 AM Leopoldo Vielma, District Clerk
Maverick County, Texas    BY_____ DEPUTY
LETTER          1035201

APR 0 1 2016

1110 Nasa Parkway • Suite 620 • Houston, Texas 77058 • O: 281.532.5529 • F: 281.402.3534
Attorneys Licensed in (T)exas, (I)owa, (Al)abama, and (W)isconsin as Indicated Above
(r) Retired Partner, (*) of Counsel


CLERK OF THE COURT                    ATTORNEY FOR PLAINTIFF OR PLAINTIFF
LEOPOLDO VIELMA                       BRODERICK PHILIP K.
500 Quarry Street, Suite 5            1110 NASA PARKWAY, STE 620
Eagle Pass, Texas 78852               HOUSTON, TX 77058
                                      281-532-5529

## THE STATE OF TEXAS

NOTICE TO DEFENDANT:  "You have been sued.   You may employ an attorney.   If you or
your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on
the Monday next following the expiration of twenty days after you were served this citation and
petition, a default judgment may be taken against you."

STATE FARM LLOYDS
BY SERVING ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY
211 EAST 7TH STREET, SUITE 620
AUSTIN, TEXAS 78710-3218



Filed at 05/25/2016 02:42:24 PM  Leopoldo Vielma, District Clerk

Maverick County, Texas    BY _____ DEPUTY
CITATION                            1034129

To, Defendant, Greetings:

        You are hereby commanded to appear by filing a written answer to the Plaintiff's Original
Petition and Requests for Disclosure at or before 10:00 a.m. of the Monday next after the
expiration of twenty days after the date of service of this citation before the Honorable AMADO
ABASCAL, III of the 365th Judicial District Court of Maverick County, Texas at the Court House
of said County in Eagle Pass, Texas.
        Said Plaintiff's Original Petition and Requests for Disclosure was filed in said court on
March 29, 2016 in this case, numbered 16-03-32879-MCVAJA on the docket of said court, and
styled, JAVIER HERNANDEZ ETAL VS STATE FARM LLOYDS AND RENE RODRIGUEZ.
        The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's
Original Petition and Requests for Disclosure accompanying this citation and made a part of
hereof.
        The officer executing this writ shall promptly serve the same according to requirements
of law, and the mandates thereof, and make due return as the law directs.
        Issued and given under my hand and seal of said Court at Eagle Pass, Texas
this the Twenty fifth day of May, 2016

                        Leopoldo Vielma, Clerk
                        365 Judicial District Court
                        Maverick County, Texas

                        By_____Deputy

CERTIFIES TO BE A TRUE
AND CORRECT COPY OF THE
ORIGINAL ON THIS DAY

JUN 2 9 2016

LEOPOLDO VIELMA
District Clerk Maverick County Texas

SHERIFF'S RETURN

Came to hand on the _____ day of _____, 20____,
at _____ O'clock __M., and EXECUTED by delivering to each of the within named
defendants, in person, a true copy of this Citation, together within the accompanying true and
correct copy of the Plaintiff's Petition.   At the following times and places to-wit:
     Name_____ MO. _____ DAY _____ 20_____ TIME_____
AND NOT EXECUTED because

_____  _____   _____ Sherriff / Constable Pct

_____  _____   _____ County

                                           By: _____Deputy
As to DEFENDANT: _____       Sherriff / Deputy Constable

MO. _____ DAY _____ 20_____ TIME _____   OR _____ Private
                                           (Private Process Server must
                                           Complete Verification Form)

CLERK OF THE COURT                    ATTORNEY FOR PLAINTIFF OR PLAINTIFF
LEOPOLDO VIELMA                       BRODERICK PHILIP K.
500 Quarry Street, Suite 5            1110 NASA PARKWAY, STE 620
Eagle Pass, Texas 78852               HOUSTON, TX 77058
                                      281-532-5529

THE STATE OF TEXAS

NOTICE TO DEFENDANT:   "You have been sued.   You may employ an attorney.   If you or
your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on
the Monday next following the expiration of twenty days after you were served this citation and
petition, a default judgment may be taken against you."

RENE RODRIGUEZ
1140 LION WAY
SAN ANTONIO, TEXAS 78251

Filed at 05/25/2016 02:47:38 PM  Leopoldo Vielma, District Clerk

Maverick County, Texas       BY _____ DEPUTY

CITATION                          1034131

To, Defendant, Greetings:

        You are hereby commanded to appear by filing a written answer to the Plaintiff's Original
Petition and Requests for Disclosure at or before 10:00 a.m. of the Monday next after the
expiration of twenty days after the date of service of this citation before the Honorable AMADO
ABASCAL, III of the 365th Judicial District Court of Maverick County, Texas at the Court House
of said County in Eagle Pass, Texas.
        Said Plaintiff's Original Petition and Requests for Disclosure was filed in said court on
March 29, 2016 in this case, numbered 16-03-32879-MCVAJA on the docket of said court, and
styled, JAVIER HERNANDEZ ETAL VS STATE FARM LLOYDS AND RENE RODRIGUEZ.
        The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's
Original Petition and Requests for Disclosure accompanying this citation and made a part of
hereof.
        The officer executing this writ shall promptly serve the same according to requirements
of law, and the mandates thereof, and make due return as the law directs.
        Issued and given under my hand and seal of said Court at Eagle Pass, Texas
this the Twenty fifth day of May, 2016

                        Leopoldo Vielma, Clerk
                        365 Judicial District Court
                        Maverick County, Texas

                        By_____Deputy

                                                    CERTIFIES TO BE A TRUE
                                                    AND CORRECT COPY OF THE
                                                    ORIGINAL ON THIS DAY
SHERIFF'S RETURN
                                                    JUN 2 9 2016

                                                    LEOPOLDO VIELMA
                                                    District Clerk Maverick County, Texas

Came to hand on the _____ day of _____, 20____,
at _____ O'clock ___M., and EXECUTED by delivering to each of the within named
defendants, in person, a true copy of this Citation, together within the accompanying true and
correct copy of the Plaintiff's Petition.  At the following times and places to-wit:
    Name_____ MO. _____ DAY _____ 20_____ TIME_____
AND NOT EXECUTED because


_____    _____ Sherriff / Constable Pct

_____    _____ County

                                                 By: _____Deputy
As to DEFENDANT: _____    Sherriff / Deputy Constable

                                                 OR _____ Private
MO. _____ DAY _____ 20_____ TIME _____    (Private Process Server must
                                                      Complete Verification Form)

07/01/2016   11:36 District Clerk                                    (FAX)8307734439                        P.024/032

Electronically Filed at
6/14/2016 1:44:42 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Laura Rodriguez, Deputy

# 365th District Court of MAVERICK County, Texas
PO BOX 4129 EAGLE PASS TX 78853

## CASE #: 16-03-32879-MCVAJA

**JAVIER HERNANDEZ AND ARACELI HERNANDEZ**

*Plaintiff*
vs
**STATE FARM LLOYDS AND RENE RODRIGUEZ**

*Defendant*

Filed at 08/14/2016 01 44.00 PM  Leopoldo Vielma, District Clerk
Maverick County, Texas        BY _____ DEPUTY
RETURN                                   1039310

## AFFIDAVIT OF SERVICE

I, FLOYD J BOUDREAUX, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 06/10/16 10:47 am, instructing for same to be delivered upon State
Farm Lloyds By Delivering To It's Registered Agent: Corporation Service Company.

| | |
|---|---|
| That I delivered to | : State Farm Lloyds By Delivering To It's Registered Agent: |
| | : Corporation Service Company. By Delivering to Sue Vertrees, |
| | : Customer Service |
| the following | : CITATION; PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE |
| at this address | : 211 E 7th St Ste 620 |
| | : Austin, Travis County, TX 78701 |
| Manner of Delivery | : by PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : JUN 10, 2016 11:00 am |

CERTIFIES TO BE A TRUE
AND CORRECT COPY OF THE
ORIGINAL ON THIS DAY

JUN 2.9 2016

LEOPOLDO VIELMA,
District Clerk Maverick County, Texas
By

My name is FLOYD J BOUDREAUX, my date of birth is JAN 10th, 1943, and my address is
Professional Civil Process Downtown, 2211 S. IH 35, Suite 203, Austin TX 78741, and
U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in Travis County, State of Texas, on the _____ day of _____
_____, 20__.

FLOYD J BOUDREAUX
381                                                  Declarant

Texas Certification#: SCH-3506 Exp. 02/28/17

Private Process Server
Professional Civil Process Of Texas, Inc          PCP Inv#: Z16600066
103 Vista View Trail Spicewood TX 78669           SO  Inv#: A16601039
(512) 477-3500                                    Reference : 3938

tomcat                          + Service Fee:  70.00
                                  Witness Fee:   .00
                                  Mileage Fee:   .00
                                                    Broderick, Philip
                                                    E-FILE RETURN



Electronically Filed at
6/14/2016 1:44:42 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Laura Rodriguez, Deputy



ORIGINAL

CLERK OF THE COURT                    ATTORNEY FOR PLAINTIFF OR PLAINTIFF
LEOPOLDO VIELMA                       BRODERICK PHILIP K.
500 Quarry Street, Suite 5            1110 NASA PARKWAY, STE 620
Eagle Pass, Texas 78852               HOUSTON, TX 77058
                                      281-532-5529

THE STATE OF TEXAS

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney.   If you or
your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on
the Monday next following the expiration of twenty days after you were served this citation and
petition, a default judgment may be taken against you."

STATE FARM LLOYDS
BY SERVING ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY
211 EAST 7TH STREET, SUITE 620
AUSTIN, TEXAS 78710-3218

To, Defendant, Greetings:

        You are hereby commanded to appear by filing a written answer to the Plaintiff's Original
Petition and Requests for Disclosure at or before 10:00 a.m. of the Monday next after the
expiration of twenty days after the date of service of this citation before the Honorable AMADO
ABASCAL, III of the 365th Judicial District Court of Maverick County, Texas at the Court House
of said County in Eagle Pass, Texas.
        Said Plaintiff's Original Petition and Requests for Disclosure was filed in said court on
March 29, 2016 in this case, numbered 16-03-32879-MCVAJA on the docket of said court, and
styled, JAVIER HERNANDEZ ETAL VS STATE FARM LLOYDS AND RENE RODRIGUEZ.
        The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's
Original Petition and Requests for Disclosure accompanying this citation and made a part of
hereof.
        The officer executing this writ shall promptly serve the same according to requirements
of law, and the mandates thereof, and make due return as the law directs.
        Issued and given under my hand and seal of said Court at Eagle Pass, Texas
this the Twenty fifth day of May, 2016

                          Leopoldo Vielma, Clerk
                          365 Judicial District Court
                          Maverick County, Texas

                          By _____ Deputy

Electronically Filed at
6/14/2016 1:44:42 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Laura Rodriguez, Deputy

## SHERIFF'S RETURN

Came to hand on the _____ day of _____, 20____,
at _____ O'clock __M., and EXECUTED by delivering to each of the within named
defendants, in person, a true copy of this Citation, together within the accompanying true and
correct copy of the Plaintiff's Petition.   At the following times and places to-wit:
   Name _____ _____ MO. _____ DAY _____ 20_____ TIME_____
AND NOT EXECUTED because _____

_____        _____ Sherriff / Constable Pct

_____        _____ County

As to DEFENDANT: _____      By: _____Deputy
                                           Sherriff / Deputy Constable

MO. _____ DAY _____ 20_____ TIME _____    OR _____ Private
                                           (Private Process Server must
                                           Complete Verification Form)

Electronically Filed at
6/14/2016 1:44:42 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Laura Rodriguez, Deputy

# OFFICER'S RETURN

<_CaseNum_>                    <_CourtDesc_>
<_Style_>

## ADDRESS FOR SERVICE:
<_Address_>

Came to hand on the _____ day of _____, 20___. At _____ , o'clock ___.m, and executed in
_____ County, Texas by delivering to each of the within named defendants in person a true copy of
this Citation with the date of delivery endorsed thereon, together with accompanying copy of the <_EventDese_>. At
the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|---------------------------------------------|
|      |           |                                             |

And not executed as to the defendant(s)._____

The diligence used in finding said defendant(s) being:
_____

And the cause or failure to execute this process is:
_____

And the information received as to the whereabouts of said defendant(s) being:
_____

FEES:
SERVING Petition and Copy    $_____
Total                        $_____

_____, Officer
_____, County, Texas
By:_____, Deputy

_____
Affiant

## Complete IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
Sign the return. The signature is not required to be verified. If the return is signed by person other than a sheriff,
Constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following
Statement:

" My name is _____, my date of birth is _____, and my address is
           (First, Middle, Last)
_____.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____.

_____
Server

_____          Declarant/authorized Process

                                          (Id # expiration of certification)

Envelope Details

Print this page

## Case # 16-03-32879-MCVAJA - JAVIER E. HERNANDEZ ETAL VS. STATE FARM LLOYDS (365TH)

| | |
|---|---|
| **Case Information** | |
| Location | Maverick County - District Clerk |
| Date Filed | 06/14/2016 01:44:42 PM |
| Case Number | 16-03-32879-MCVAJA |
| Case Description | JAVIER E HERNANDEZ ETAL VS STATE FARM LLOYDS |
| Assigned to Judge | 365TH |
| Attorney | |
| Firm Name | Professional Civil Process |
| Filed By | Corp Billing |
| Filer Type | Not Applicable |
| **Fees** | |
| Convenience Fee | $0.06 |
| Total Court Case Fees | $0.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $2.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $2.06 |
| **Payment** | |
| Account Name | Regular Clients |
| Transaction Amount | $2.06 |
| Transaction Response | Approved |
| Transaction ID | 17925040 |
| Order # | 011135661-0 |

| | |
|---|---|
| **No Fee Documents** | |
| Filing Type | EFile |
| Filing Code | No Fee Documents |
| Filing Description | Return of Service |
| Reference Number | a16601039 |
| Comments | |
| Status | Accepted |
| Accepted Date | 06/14/2016 03:57:29 PM |
| **Fees** | |
| Court Fee | $0.00 |
| Service Fee | $0.00 |
| **Documents** | |
| Lead Document | AX02A16601039.PDF    [Original]    [Converted] |

1 of 1                                                              6/15/2016 8:30 AM

2103664301        2103405916                    10.43.41 a.m.   06-28-2016        1/3

# JONES, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216

TELEPHONE 210/344-3900                                        TELECOPY  210/366-4301

**CONFIDENTIALITY NOTICE:**  Unless otherwise indicated, the information contained in this telecopy is confidential and attorney-privileged and is intended for the use of the individual or entity named below.  If the render of this message is not the intended recipient or the employee or agent responsible for delivering this telecopy to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecommunication is strictly prohibited.  If you have received this telecommunication in error, please immediately notify the sender via telephone (collect calls accepted), and return the original telecopy to Jones, Andrews & Ortiz P.C., at its expense, at the address indicated above via the U.S. Postal Service.  Thank you.

When applicable, this telephonic document transfer constitutes service pursuant to Rules 21 and 21a of the Texas Rules of Civil Procedure.

## FACSIMILE TRANSMISSION COVER SHEET

**DATE:**      June 28, 2016                          **FACSIMILE NO. CALLED:**
                                                        830-773-4439
**TO:**        ATTN:  DAISY
               Leopoldo Vielma, District Clerk

**FROM:**      Robin McGrew

**RE:**        Cause No: 16-03-32879-MCVAJA; *Javier Hernandez and Araceli Hernandez v. State Farm Lloyds and Rene Rodriguez*; In the 365th Judicial District Court for Maverick County, Texas

**NUMBER OF PAGES (including cover sheet):** ___3___

**NOTE:**    *Pursuant to our telephone conversation moments ago, please see the attached correspondence dated June 28, 2016, concerning the above –referenced matter. Please contact me with the cost as soon as possible.  Thank you.*

## ORIGINAL WILL NOT FOLLOW

CERTIFIES TO BE A TRUE
AND CORRECT COPY OF THE   If you do not receive this telecopy in its entirety, please call (210) 344-3900 immediately.
ORIGINAL ON THIS DAY                To reply by telecopy, dial (210) 366-4301.

JUN 2 9 2016                                                       1C4S
                                                          AT____O'CLOCK___M   FILED
LEOPOLDO VIELMA
District Clerk Maverick County, Texas
By_____Deputy                                       JUN 2 8 2016

                                                          LEOPOLDO VIELMA
                                                          District Clerk Maverick County, Texas
                                                          By_____Deputy

Filed at 06/28/2016 10:45.00 AM  Leopoldo Vielma, District Clerk

Maverick County, Texas    BY _____ DEPUTY
REQUEST                    1039309

2103664301 2103405916 10 43:52 a.m. 06-28-2016 2/3

# JONES, ANDREWS & ORTIZ

### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELECOPY 210/366-4301

TELEPHONE 210/344-3900

WRITER'S DIRECT DIAL NUMBER/
E-MAIL ADDRESS:
210/308-4654
robin@jao-law.com

June 23, 2016

District Clerk                                    *Via Facsimile (830) 773-4439*
Leopoldo Vielma
500 Quarry Street, Suite 5
Eagle Pass, Texas 78852

    RE:    Cause No: 16-03-32879-MCVAJA; *Javier Hernandez and Aracell Hernandez v.*
               *State Farm Lloyds and Rene Rodriguez;* In the 365th Judicial District Court for
               Maverick County, Texas

Dear Mr. Vielma:

       Pursuant to my telephone conference this morning with Lizeth, in the District Clerk's office, please allow this as my formal request for copies of the State Court's **entire file, including the Court's Docket Sheet.** Please contact me at your earliest convenience at (210) 344-3900 with the cost of certified copies, and I will immediately forward payment via overnight mail.

       Thank you for your kind assistance with this request. I look forward to your response.

                             Very truly yours,

                             /s/ *Robin McGrew*

                             Robin McGrew
                             Paralegal assisting Ray R. Ortiz

/rgm

314.207

2103664301        2103405916                    10 43.59 a.m.    06-28-2016        3/3

---

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 06-23-2016 | 04:33:37 p.m. | Transmit Header Text | |
| Local ID 1 | 2103664301 | | Local Name 1 | 2103405916 |
| Local ID 2 | 2103664301 | | Local Name 2 | 2103405916 |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"

JONES, ANDREWS & ORTIZ

*ATTORNEYS AT LAW*

FACSIMILE TRANSMISSION COVER SHEET

DATE:      June 23, 2016                    FACSIMILE NO. CALLED:
                                            830-773-4439

TO:        Leopoldo Vielma, District Clerk

FROM:      Robin McGrew

RE:        Cause No: 16-03-32373-MCVAJA; Javier Hernandez and Araceli Hernandez v. State Farm Lloyds and Rosa Rodriguez in the 365th Judicial District Court for Maverick County, Texas

NUMBER OF PAGES (including cover sheet): _2_

NOTE:      Please see the attached correspondence dated June 23, 2016, concerning the above-referenced matter. Thank you.

ORIGINAL WILL NOT FOLLOW

If you do not receive this telecopy in its entirety, please call (210) 344-3900 immediately.
To reply by telecopy, dial (210) 366-4301.

---

Total Pages Scanned : 2            Total Pages Confirmed : 2

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 905 | 8307734439 | 04:32:38 p.m. 06-23-2016 | 00:00:18 | 2/2 | 2 | EC | HS | CP28800 |

Abbreviations:
HS: Host send          PL: Polled local       MP: Mailbox print      CP: Completed          TS: Terminated by system
HR: Host receive       PR: Polled remote      RP: Report             FA: Fail               G3: Group 3
WS: Waiting send       MS: Mailbox save       FF: Fax Forward        TU: Terminated by user EC: Error Correct

# JONES, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELEPHONE 210/344-3900          TELECOPY 210/366-4301

WRITER'S DIRECT DIAL NUMBER/
E-MAIL ADDRESS:
210/ 308-4654
robin@jao-law.com

June 28, 2016

Maverick County District Clerk                          *Via Lone Star Overnight*
Leopoldo Vielma
c/o Daisy
500 Quarry Street, Suite 5
Eagle Pass, Texas 78852

    Re:    Cause No: 16-03-32879-MCVAJA; *Javier Hernandez and Araceli Hernandez v.*
           *State Farm Lloyds and Rene Rodriguez*; In the 365th Judicial District Court for
           Maverick County, Texas

Dear Mr. Vielma:

       Pursuant to my telephone conference with Daisy, please allow this as my formal request
for copies of the State Court's **entire file, including the Court's Docket Sheet.** Please find
attached check number 42690 in the amount of $23.00 for the cost of the certified copies.

       Please return the copies to our office in the enclosed self-addressed and stamped over-night
envelope.  If you should have any questions, please contact me at your convenience on my direct
number above.

Thank you for your assistance with this request.

                                          CERTIFIED TO BE A TRUE
                                          AND CORRECT COPY OF THE
                                          ORIGINAL ON THIS DAY

                            Very truly yours,        JUN 2 9 2016

                            /s/ Robin McGrew    LEOPOLDO VIELMA
                                                District Clerk Maverick County, Texas
                                                BY                    Deputy

                            Robin McGrew
                            Paralegal assisting Ray R. Ortiz

/rgm
enclosures
314.207

                                          3:00
                                               FILED
                                          AT_____O'CLOCK P M

                                          JUN 2 9 2016
                                          LEOPOLDO VIELMA
                                          District Clerk Maverick County, Texas
                                          BY                    Deputy



Leopoldo Vielma
Maverick County District Clerk
500 Quarry Street, Suite #5
Eagle Pass, Texas 78852
Phone(830) 773-2629
Fax(830) 773-4439

| To: EVY | Fax #: 210-366-4301 |
|---|---|
| From: ABRAHAM (DAISY) | Date: 7-1-16 |
| Re: | CS# 16-03-32879 |
| Pages: | |

✓ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Evy,

I spoke to Daisy, the clerk in this respective case, and she thought that this package had been shipped! Our apologies. Here are the documents. I will call you once I receive the fax confirmation.

Sincerely.

Abraham Cy

Cause No: 16-03-32879-MCVAJA

| | | |
|---|---|---|
| **JAVIER HERNANDEZ AND** | § | **IN THE DISTRICT COURT** |
| **ARACELI HERNANDEZ** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **365TH JUDICIAL DISTRICT** |
| | § | |
| **STATE FARM LLOYDS AND** | § | |
| **RENE RODRIGUEZ,** | § | |
| **Defendants.** | § | **MAVERICK COUNTY, TEXAS** |

## DEFENDANTS STATE FARM LLOYDS' AND RENE RODRIGUEZ' ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME State Farm Lloyds and Rene Rodriguez, alleged to be Defendants in this cause, and files this Original Answer in response to the Petition submitted by the above-named Plaintiffs. Without waiving any of their rights or defenses relating to the policy of insurance under which Plaintiffs purport to be claiming in this lawsuit and still insisting upon any and all policy conditions, exclusions, requirements, and other policy terms now or later arising, Defendants respond to Plaintiffs' Original Petition as follows:

## GENERAL DENIAL

Subject to such stipulations and admissions as may hereinafter be made, Defendants assert a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and Defendants respectfully request that Plaintiffs be required to prove the charges and allegations made against Defendants by a preponderance of the evidence as is required by the Constitution and the laws of the State of Texas.

## DEMAND FOR JURY

Defendants respectfully demand a trial by jury.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Defendants State Farm Lloyds and Rene Rodriguez respectfully pray that Plaintiffs take nothing by reason of this lawsuit. Defendants further pray for additional and further relief to which they may show themselves to be justly entitled, at law or in equity.

Respectfully submitted,

**JONES, ANDREWS & ORTIZ, P.C.**

By: _/s/ Ray R. Ortiz_____
   Ray R. Ortiz
   State Bar No. 15324280
   ray@jao-law.com
   Jonathan Law
   jon@jao-law.com
State Bar No. 24028656
10100 Reunion Place, Suite 600
San Antonio, Texas  78216
210/344-3900 Telephone
210/366-4301 Facsimile

**ATTORNEYS FOR DEFENDANTS,**
**STATE FARM LLOYDS AND RENE RODRIGUEZ**

2

## **CERTIFICATE OF SERVICE**

In accordance with the Texas Rules of Civil Procedure, on the 5th day of July, 2016 the above and foregoing instrument was served upon the following counsel of record via e-service:

Philip Broderick
Arguello, Hope & Associates
1110 NASA Parkway, Suite 620
Houston, Texas 77058


_/s/ *Ray R. Ortiz*_____
Ray R. Ortiz/Jonathan Law

3