IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| JAVIER HERNANDEZ AND ARACELI HERNANDEZ, Plaintiffs, | § § § § | |
| vs. | § § | Civil Action No. 2:16-cv-00107-AM-VRG |
| STATE FARM LLOYDS AND RENE RODRIGUEZ, Defendants. | § § § | JURY REQUESTED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Javier Hernandez and Araceli Hernandez file this Stipulation of Dismissal signed by all parties including Defendants State Farm Lloyds and Rene Rodriguez because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

Dated this the __8__ day of __MAY__, 2017.

**AGREED and APPROVED BY:**

THE ARGUELLO LAW FIRM

By: /S/ _____          Date: 5/8/17
    Philip Broderick
    State Bar No. 24094561
    Federal ID No. 2782757
1110 NASA Parkway, Ste. 620
Houston, Texas 77058
Telephone: (281) 532-5529
Facsimile: (281) 402-3534
Philip@simplyjustice.com
COUNSEL FOR PLAINTIFFS,
JAVIER HERNANDEZ AND
ARACELI HERNANDEZ

By:/S/ _____          Date: ~~March 2, 2017~~ 5/8/17
    Ray R. Ortiz
    State Bar No. 15324280
    Federal ID No. 14026
    Jonathan Law
    State Bar No. 24028656
    Federal ID No. 1031088
10100 Reunion Place, Suite 600
San Antonio, Texas 78216
210/344-3900 Telephone
210/366-4301 Facsimile
ray@jao-law.com
COUNSEL FOR DEFENDANTS,
STATE FARM LLOYDS AND
RENE RODRIGUEZ

## CERTIFICATE OF SERVICE

On **May 8, 2017**, the foregoing document was served in compliance with the Federal Rules of Civil Procedure by mail, hand delivery, telecopier transmission, or CM/ECF electronic notice to the following:

Mr. Philip Broderick
The Arguello Law Firm
1110 NASA Parkway, Ste. 620
Houston, Texas 77058
Philip@simplyjustice.com

/s/ _____
Ray R. Ortiz/Jonathan Lay