FILED

MAY 1 5 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| JAVIER HERNANDEZ and ARACELI HERNANDEZ, <br> Plaintiffs, <br><br> v. <br><br> STATE FARM LLOYDS and RENE RODRIGUEZ, <br> Defendants. | § § § § § § § § § § | Civil Action No. <br> DR-16-CV-0107-AM/VRG |

## ORDER OF DISMISSAL WITH PREJUDICE

On May 8, 2017, the parties filed a stipulation of dismissal with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiffs' claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the stipulation. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 15th day of May, 2017.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE